**Motion GRANTED AND Order filed October 24, 2017.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00824-CV
_____

## IN RE PDVSA SERVICES, INC., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-51384**

---

## ORDER

On October 19, 2017, relator PDVSA Services, Inc. (PSI) filed a petition for writ of mandamus asking this court to order the Honorable Ursula Hall, Judge of the 165th District Court, in Harris County, Texas, to, among other things, (1) rule on any motions or pleas necessary for the court to rule on PSI's motion to submit this case to nonbinding arbitration; (2) rule on and grant PSI's motion to submit this case

to nonbinding arbitration; and (3) vacate her October 17, 2017 order granting the Harris County Appraisal District's motion to quash depositions and deny that motion.

Relator has also filed a motion for temporary stay asking this court to stay the November 13, 2017 trial setting, all pretrial deadlines, and all pretrial hearings pending a decision on its mandamus petition. *See* Tex. R. App. P. 52.8(b), 52.10.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** the trial and the upcoming requirements stated in the trial court's "Order for Trial Setting and Pre-Trial Conference" dated February 23, 2017, **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests the Harris County Appraisal District, the real party-in-interest, to file a response to the petition for writ of mandamus on or before November 7, 2017. *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Justices Christopher, Brown, and Wise.